UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) 2:10-CR-392-GMN (PAL)
)
ULICES RANGEL, )
)
Defendant. )

**ORDER OF FORFEITURE**

This Court found on November 1, 2011, that ULICES RANGEL shall pay a criminal forfeiture money judgment of $19,520.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A). Order of Forfeiture, ECF No. 39.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ULICES RANGEL a criminal forfeiture money judgment in the amount of $19,520.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE